**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DAWN HEIMBURGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-639-SRW |
| | ) | |
| JUDGE JULIA LASATER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court upon a complaint filed by self-represented Plaintiff Dawn Heimburger. Before the Court can review the complaint, Plaintiff must either pay the full filing fee or Plaintiff must complete an application to proceed in district court without prepaying fees or costs. Further, the complaint is defective because it has not been drafted on a Court form. *See* E.D. Mo. Local Rule 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Finally, Plaintiff failed to sign the complaint. Under Rule 11 of the Federal Rules of Civil Procedure, "[e]very pleading, written motion, and other paper must be signed ... by a party personally if the party is unrepresented." Further, Local Rule 2.01 requires that a complaint filed by a pro se plaintiff "shall contain the signature of the self-represented party…."

Plaintiff will therefore be directed to file an amended complaint on Court-provided forms AND to either file an application to proceed in district court without prepaying fees or costs or pay the full filing fee within **30 days** of the date of this order. The amended complaint must contain Plaintiff's signature.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to Plaintiff a copy of its "Application to Proceed in District Court without Prepaying Fees or Costs" form.

**IT IS FURTHER ORDERED** that Plaintiff must either file an application to proceed in district court without prepaying fees or costs or pay the full filing fee within **30 days** of the date of this order.

**IT IS FURTHER ORDERED** that the Clerk is directed to mail Plaintiff a copy of the Court's Civil Complaint form.

**IT IS FURTHER ORDERED** that Plaintiff must file an amended petition on the Court's form within **30 days** of the date of this Order. Plaintiff is advised that her amended complaint will take the place of her original complaint and will be the only pleading that this Court will review.

**If Plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice and without further notice.**

Dated this 7th day of May, 2026.

_____
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE

2